No. 95–829. PLANNING RESEARCH CORP., INC. *v.* UNITED STATES EX REL. SCHWEDT. C. A. D. C. Cir. Motion of National Security Industrial Association for leave to file a brief as *amicus curiae* granted. Certiorari denied. 
██

No. 95–5913. BROWN *v.* UNITED STATES. C. A. 2d Cir. Motion of petitioner for leave to file amended petition for writ of certiorari denied. Certiorari denied. 
██

No. 95–6542. NICHOLS *v.* MCELVEEN ET AL. C. A. 5th Cir. Motion of petitioner to amend petition for writ of certiorari denied. Certiorari denied. 

No. 95–6903. BRANCH *v.* UNITED STATES. C. A. 5th Cir. Motion of petitioner to amend petition for writ of certiorari denied. Certiorari denied.

No. 95–6460 (A–517). FANTA *v.* CITY OF SEATTLE ET AL. C. A. 9th Cir. Application for stay, addressed to THE CHIEF JUSTICE and referred to the Court, denied. Certiorari denied.